UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61380-Civ-COOKE/HUNT
(10-60163-Cr-ZLOCH)

MATTHEW HYLTON,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick M. Hunt, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 4). On August 29, 2019, Judge Hunt issued a Report and Recommendation (ECF No. 17) recommending that the Court deny the Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1). Movant filed his Objections on September 4, 2019 (ECF No. 18).

I have considered Judge Hunt's Report and Movant's Objections, examined the relevant legal authorities, and conducted a *de novo* review of the record. I find Judge Hunt's Report clear, cogent, and compelling. It is therefore **ORDERED and ADJUDGED** that Judge Hunt's Report and Recommendation (ECF No. 17) is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Movant has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 8th day of October 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*